UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMERICAN CRANE & EQUIPMENT CORPORATION,<br><br>     Plaintiff,<br><br>v.<br><br>BECHTEL NATIONAL, INC.,<br><br>     Defendant. | No. CV-13-5120-LRS<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES AND COSTS |

## **ORDER**

THIS MATTER having come before the Court by way of a stipulation, ECF No. 18, between the parties, it is hereby ORDERED that all claims in the above-entitled action are dismissed with prejudice and without attorneys' fees or costs to either party.

The District Court Executive is directed to CLOSE THE FILE.

DATED this 1st day of December, 2014.

                 *s/Lonny R. Suko*
                 _____
                 LONNY R. SUKO
                 Senior U. S. District Court Judge